# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

MARK McKAY,

                **Plaintiff,**

                v.                                Civil No. 07-6063-HO

CROSSCHECK, INC,

                **Defendant.**

## ORDER OF DISMISSAL

    Counsel having informed the court that this action has been settled,

    This action is dismissed with prejudice, without costs and with leave for good cause shown within sixty (60) days, to have the dismissal set aside and the action reinstated if the settlement is not consummated. The court will retain jurisdiction of any interpretation and enforcement of the settlement agreement.

    Dated: May 15, 2007

                                Sheryl McConnell, Clerk

                                      s/ S. Nogelmeier
                      by
                                  Sheryl Nogelmeier, Deputy Clerk